IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

RECEIVED 2025 FEB 13 AM 11: 02

| | |
|---|---|
| Leonard Marshall, | ) |
| Curry Real Estate, | ) |
| McDonald's 4002 N. Oaks, | ) |
| Clay County Health Department, | ) |
| North Kansas City Parks and Recreation Department, | ) |
| In A Tub Restaurant, | ) |
| French Quarters Apartments, | ) |
| Bun Man Phee Restaurant, | ) |
| City of Gladstone, | ) |

Plaintiffs, partial listing.

v.

| | |
|---|---|
| FBI, Kansas City field office, | ) |
| Steven Cyrus, | ) |
| Darrin Jones, | ) |
| Billy Batts, pseudonym, | ) |
| Everett Willis Marshall, | ) |
| Charles Dayoub, | ) |
| Assorted agents and operatives, | ) |

Defendants, partial listing.

To the Court,

Justice is not only substantiating the evidence, it uncovers those who utilize every method at their disposal to submerge it and nullify its effects. Case in point. Was the desire to become completely one without reservation? The defendant(s) sought to exercise their brand of *frontier retaliation* in an urban setting. There were no qualms about pulling the wool over the eyes of local law enforcement. In addition, a totally reckless attitude was exhibited for community welfare. Beginning in kindergarten we are taught *respect for others.* Lady, there is no way I can get a failing mark from you if I practice what I was taught. Let me briefly speak about the FBI. Without history of your interaction with them lady, what is your grading evaluation of this agency on the curve? Of course, you have to consider the reports both formal and informal when evaluating this great organization. I speak of great in *potential.* Grading is largely based on facts. Lady, do you receive reports based on reported facts that state;

1. Federal agents do not know how to keep their hands to themselves?
2. Are federal agents demanding in far too many instances? Do they know how no, whether implied or not has force of law? In other words when the subject in effect is cowering, they know definitively that means no and proceed no further?
3. Is this rather an indication in their sight that this is literally a frightened puppy, in their estimation a _____, and they respond accordingly to their own values?
4. They impatiently wait while the victim exposes her own private vocal cords, forces an appendix inside, and inwardly shout from the top of their lungs with their rendition of "Phantom of the Opera." Literally the exhibition was one of aghast, literally and figuratively. The hideous nature of the perpetrator's exhibition, the victim's horror at having to endure such beastiality.
5. Have you received reports factual, the agent credentials were exhibited, sometimes by two. Once inside, the victim was no longer a *lady.* She wanted no rendezvous, only to share what she thought was requested information. Because of her support for Donald Trump, not too far ago in past history, that made her a target. What does she know that we can't find out? As a result of not having the high profile of visibility, they decided to put the *screws* to her. She is still crying today at what federal agents did to her.

One. The FBI determines to eke out vengeance in many ways. It was not too long ago I stated for the business community to bar the FBI from worksites, blue and white collar, for a period of not less than ten years, with cause. What is the disposition of my request? Secretly *load me up* with synthetic narcotics, and recruit Everett Willis Marshall for disposition. Mr. Marshall will determine disposition as much as John Dillinger is alive. The *Dillinger gang,* broad based and influential, will not win in this matter. Note, they still *jack* with work sites including KCI.

Two. The FBI and their operatives introduced dangerous pests, insects, and perhaps vermin to two consecutive living spaces. Briarcliff Point Apartments and French Quarter Apartments in Kansas City, Mo. These events occurred from circa 2018-2025. Agents and operatives entered my living space and unleashed insects and vermin. At Briarcliff the scenario was like a scene out of an infested lake on several occasions. At French Quarters it is like an infested sidewalk and then a flashlight comes on, and the vermin scatter.

Three. The FBI field office under the leadership of Steven Cyrus exhibits no sense of decency. Would he command that these actions are performed upon Mrs. Cyrus? I think not. Therefore, he is fully accountable.

Four. A partial listing of the vermin released in my living space is as follows: roaches. Mosquitos. Flies. When I can scientifically identify others, I will list. Note. The latter two were released at Briarcliff, and reported to management.

These were not incidental flies and mosquitoes. These were entire nests. In other words, infestations. Deposited by federal agents and their operatives. The former, roaches at French Quarters. I do not have to continually tell everyone to keep these agents out of my processes. Their vendetta is never ending it seems. Due to the gravity of these offenses there are multiple defendants and plaintiffs. The plaintiffs have sincere desire to have hygienic and safe facilities and communities. The defendants recklessly dismantled their dreams and practices. An amended complaint will be filed later.

Legal accountability to the Bureau is only for those operatives and network in place prior to January 20, 2025. The Trump administration is not accountable.

Health Department regulations were violated by these actions. Vermin were introduced that would and could impact negatively the quality of life for residents and communities. In addition to health concerns. The Bureau feels this is a *piece of cake.* Remember "natural born killers?" They did also until they were taken away in handcuffs. The same can occur with federal agents and their operatives. My brother had his hand in the *cookie jar.* Therefore he is accountable.

I request to notify the plaintiffs of their legal rights. The FBI has regard for none. In their estimation, laws are *ad lib.* Make them up as you go. Right away contact the plaintiffs. The FBI already has.

Leonard Marshall _____

February 11, 2025